**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

DAVID WAYNE BAILEY                §
                                                    §
v.                                                    §                    C.A. NO. C-04-551
                                                    §
DOUG DRETKE, DIRECTOR,       §
TEXAS DEPARTMENT OF CRIMINAL   §
JUSTICE–INSTITUTIONAL DIVISION   §

## MEMORANDUM OPINION AND ORDER GRANTING RESPONDENT'S MOTION FOR SUMMARY JUDGMENT

On May 11, 2005, the United States Magistrate Judge filed her Memorandum and

Recommendation in this cause (D.E. 20). The Magistrate Judge then filed an Amended

Memorandum and Recommendation on August 11, 2005 at this Court's Request (D.E. 25).

Objections were timely filed but have no merit (D.E. 22, 29). Petitioner also moves for a

hearing to present his case (D.E. 29). That motion is DENIED. Having reviewed *de novo*

the Magistrate Judge's memorandum and recommendation and the pleadings on file, this

Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, respondent's Motion for Summary Judgment (D.E. 13) is GRANTED,

and petitioner's cause of action for habeas corpus relief is DISMISSED as time-barred.

Petitioner's Certificate of Appealability is DENIED.

ORDERED this _____30th_____ day of __September__, 2005.

_Hayden Head_
_____
HAYDEN HEAD
CHIEF JUDGE